IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MAURICE M. JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-525-C |
| | ) | |
| E. SCOTT PRUITT, | ) | |
| Oklahoma Attorney General, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

This action seeking habeas corpus relief pursuant to 28 U.S.C. § 2254, brought by an prisoner proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on June 23, 2015, recommending dismissal. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.[*] Therefore, the Court adopts the Report and Recommendation in its entirety.

---

[*] Although the Report and Recommendation mailed to Petitioner was returned as undeliverable, no other address has been provided by him as required by LCvR5.4: "Papers sent by the court will be deemed delivered if sent to the last known address given to the court."

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and this case is dismissed.

IT IS SO ORDERED this 4th day of August, 2015.

ROBIN J. CAUTHRON
United States District Judge